STATE OF NEW JERSEY v. JOHN ARTIS.

March 11, 1980.

Petition for certification granted.

CLARENCE DEVAULT v. ALEX–DANNY, INC.

March 11, 1980.

Petition for certification granted.

STATE OF NEW JERSEY v. JOANNE CHESIMARD.

March 11, 1980.

Petition for certification denied.